

# Missouri Court of Appeals
## Southern District

**APRIL 23, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD32546

        Re:     JAY RAMSEY,
                Movant-Appellant,
                v.
                STATE OF MISSOURI,
                Respondent-Respondent.